NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BEN RAY YODER,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D18-3515
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
                                        )
_____     )

Opinion filed May 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Ben Ray Yoder, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, MORRIS, and BLACK, JJ., Concur.